IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANDRE M. KELLY,

    Plaintiff,

vs.

C. KNOP, KESSLER, WARDEN RYKER, DICKERSON, SEG. ADMINISTRATION MAJOR and OTHER UNKNOWN OFFICER,

    Defendants.

Case No. 11-cv-437-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants C. Knop, Kessler, Warden Ryker, Dickerson, Seg. Administration Major, and Other Unknown Officer and against Plaintiff Andre M. Kelly,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

**DATED:**    March 1, 2013    **NANCY J. ROSENSTENGEL,** Clerk of Court

    By: s/Debbie Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**